# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154211

*In re* Estate of HELEN M. PAYEA

_____

NORMAN C. PAYEA, II,
   Petitioner-Appellant,

v

GEORGE R. PHILLIPS, Personal Representative
of the Estate of HELEN M. PAYEA,
   Respondent-Appellee,

and

RICHARD P. PAYEA,
   Appellee.

SC: 154211
COA: 325391
Iosco Probate Court:
12-002605-DA

_____/

   On order of the Court, the application for leave to appeal the April 12, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2017


Clerk

a0424